USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/9/24

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Colleen Carey Gulliver
colleen.gulliver@us.dlapiper.com
T   212.335.4737
F   917.778.8037

October 8, 2024

The Honorable Valerie E. Caproni
U.S. District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York  10007



Re:  *Hernandez v. Merlin Entm'ts Grp. U.S. Holdings Inc.*, No 1:24-cv-4450 (S.D.N.Y.) – Adjournment and Extension

Dear Judge Caproni:

      We represent defendants Merlin Entertainments Group U.S. Holdings Inc. and Madame Tussauds New York, LLC ("Defendants") in the above captioned action and write on behalf of the parties to request an adjournment of the Initial Pretrial Conference scheduled for October 18, 2024 and a limited, three-week extension from October 18 to November 8, 2024 of Defendants' deadline to answer or otherwise respond to the complaint to continue settlement discussions.  The parties are in the process of negotiating a settlement and require additional time to complete this process.

      On August 7, 2024, the parties submitted a joint letter requesting an adjournment of the Initial Pretrial Conference previously scheduled for August 16, 2024 and an extension of the then-August 26, 2024 deadline for Defendants to answer or otherwise respond to the complaint because the parties were "exploring a resolution of this action" and engaging in "confidential document production to facilitate the possible resolution of this matter."  (*See* ECF No. 11.)  On August 8, 2024, the Court granted the parties' request and adjourned the Initial Pretrial Conference and extended the Defendants' deadline to answer or otherwise respond to the complaint to October 18.  (*See* ECF No. 13.)

      The parties have engaged in settlement discussions and Defendants have produced certain documents to facilitate resolution of this action.  The parties respectfully request a further adjournment of the Initial Pretrial Conference scheduled for October 18, 2024 and a limited, three-week extension from October 18 to November 8, 2024 of Defendants' deadline to answer or otherwise respond to the complaint to allow the parties to continue settlement discussions.  The parties will promptly report any settlement to the Court.

      Respectfully,

Colleen Carey Gulliver

cc: Counsel of Record (*by ECF*)

Application GRANTED.  The Initial Pretrial Conference scheduled for Friday, October 18, 2024, at 10:00 A.M. is ADJOURNED to **Friday, November 8, 2024, at 10:00 A.M.** The deadline for the parties to submit a joint proposed case management plan and joint letter containing the information described on page 2 of the Court's June 11, 2024, Order, *see* Dkt. 5, is extended from Thursday, October 10, 2024, to **Thursday, October 31, 2024**.

Defendants' deadline to answer or otherwise respond to the Complaint is extended from Friday, October 18, 2024, to **Friday, November 8, 2024**.

SO ORDERED.

*[signature]*   10/9/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE